IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-823-MOC-DCK

| | | |
|---|---|---|
| WILLIAM A. BRADLEY, | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ENTERTAINMENT ARTS RESEARCH, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Local Counsel Corey M. Stanton on April 11, 2024.

Applicant Rachel B. Canfield seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Rachel B. Canfield is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 11, 2024

David C. Keesler
United States Magistrate Judge